PER CURIAM.
D’Oench, Duhme & Co. v. FDIC, 315 U.S. 447, 62 S.Ct. 676, 86 L.Ed. 956 (1942); Baumann v. Savers Fed. Sav. & Loan Ass’n, 934 F.2d 1506 (11th Cir.1991), petition for cert. filed, 60 U.S.L.W. 3522 (U.S. January 6, 1992) (no. 91-1118); Victor Hotel Corp. v. FCA Mortgage Corp., 928 F.2d 1077, 1982-83 (11th Cir.1991); Twin Constr., Inc. v. Boca Baton, Inc., 925 F.2d 378, 382 (11th Cir.1991); Porras v. Petroplex Sav. Ass’n, 903 F.2d 379, 381 (5th Cir.1990); Dean Witter Reynolds, Inc. v. Fernandez, 741 F.2d 355 (11th Cir.1984); Gulf Fed. Sav. & Loan Ass’n v. Mulderig, 742 F.Supp. 358 (E.D.La.1989); RSR Properties, Inc. v. FDIC, 706 F.Supp. 524 (W.D.Tex.1989); Von Dunser v. Southeast First Nat’l Bank of Miami, 367 So.2d 1094, 1096 (Fla.3d DCA 1979); Fidelity Nat’l Bank of South Miami v. Melo, 366 So.2d 1218, 1221 (Fla.3d DCA 1979); § 687.0304, Fla.Stat. (1991).
Affirmed.